# Third District Court of Appeal

## State of Florida

Opinion filed January 11, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-468
Lower Tribunal No. 13-31390

————————————

## David E. Reed, et al.,
Appellants,

vs.

## EE&G Management Services, LLC, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Law Office of Stanley A. Bunner, Jr., PLLC, and Stanley A. Bunner, Jr. (Naples); Cheffy Passidomo, P.A., Louis D. D'Agostino and Jonathan R. Fitzmaurice (Naples), for appellants.

Young, Berman, Karpf & Karpf, P.A., Andrew S. Berman, and Christina Ferreiro; Gordich & Alagna P.A., and Lawrence Gordich, for appellee EE&G Holdings, Inc.

Before FERNANDEZ, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.